```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRACEY WAHL,                                                :
                                Plaintiff,                  :
                                                            :        18 Civ. 8793 (LGS)
                -against-                                   :
                                                            :        ORDER
ARCHCARE, ET AL.,                                           :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for December 10, 2019, at 10:30 a.m. It is hereby

**ORDERED** that, due to a conflict in the Court's trial schedule, the December 10, 2019, 10:30 a.m. conference will be on **Monday, December 9, 2019, at 5:30 p.m in Courtroom 110, 40 Foley Square.** The parties may attend the conference by telephone by <u>jointly</u> calling the Court from one line at 212-805-4553. By **December 6, 2019**, the parties shall file a letter advising whether one or both parties will attend by telephone.

Dated: December 5, 2019
      New York, New York

                                                    **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**